NUMBER
13-06-286-CV

 

                         COURT
OF APPEALS

 

               THIRTEENTH
DISTRICT OF TEXAS

 

                  CORPUS
CHRISTI - EDINBURG 

_______________________________________________________________

 

SHIRLEY AND WAYNE ARNOLD,                               Appellants,

 

                                           v.

 

TRES PALACIOS OAKS ASSOCIATION,                        Appellee.

_______________________________________________________________

 

                         On
appeal from County Court

                         of Matagorda County, Texas.

_______________________________________________________________

 

                     MEMORANDUM
OPINION

 

        Before
Chief Justice Valdez and Justices Yañez and Garza 

Memorandum
Opinion Per Curiam

 








Appellants, SHIRLEY AND WAYNE ARNOLD, perfected an
appeal from a judgment entered by County Court of Matagorda County, Texas, in
cause number 5019.  After the notice of
appeal was filed, the appellants
filed a motion to dismiss the appeal. In the motion,  appellants state they no longer wish to
pursue this matter and have paid the judgment as awarded by the trial
court.  Appellants request that this
Court dismiss the appeal.

The Court, having considered the documents on file and appellants= motion to dismiss the
appeal, is of the opinion that the motion should be granted.  Appellants= motion to dismiss is granted, and the appeal is
hereby DISMISSED.

PER CURIAM

Memorandum Opinion
delivered and 

filed this the 22nd day of June, 2006.